## STORY & BROTHER *vs.* WALKER.

The law of this case having been settled in 64 *Ga.*, 614, and, on a second trial, the jury having found for the plaintiff, the presiding judge having refused to grant a new trial, on the ground that the verdict was contrary to law and evidence, and the evidence being sufficient to support the verdict, this court will not interfere. Judgment affirmed.

. December 2, 1884.

JACKSON, Chief Justice.

---

## MURRAY *vs.* PURDY.

Where a suit was brought for services rendered, and the opinions of the witnesses sworn differed as to the value of such services, and the jury found a medium sum between the extremes of testimony, and the presiding judge approved the finding, this court will not interfere.

. Judgment affirmed.

January 6, 1885.

JACKSON, Chief Justice.

---

## JOHNSON *vs.* CENTRAL RAILROAD.

Where suit was brought against "the Central Railroad and Banking Company," and a motion was made to dismiss the case on the ground that there was no such corporation, an amendment, adding the words, "of Georgia," to the name of the defendant, should have been allowed.   14 *Ga.*, 277.

(*a.*) The act of 1850, which declared that all misnomers in writs, petitions, bills or other judicial proceedings on the civil side of the court might be amended and corrected on motion instanter, was not limited or restricted by the insertion of the words, "whether in the christian or surname," in §3483 of the Code. The term, "christian name," is used in the sense of given name, and includes the name given to a corporation by the legislature.

. November 11, 1884.

BLANDFORD, Justice.